UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUANE JOSEPH JOHNSON,

      Petitioner,

            v.

E.D. WILSON,

      Respondent.

Civil Action No.  10-178 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1.  The Report and Recommendation filed by Magistrate Judge G. Michael Harvey is

     ADOPTED; and, consequently,

2.  Petitioner's Third Verified Amended [42] Petition for Writ of Habeas Corpus is

     DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ James E.  Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  October 25, 2018

1